IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBI REAGAN,

    Plaintiff,

vs.                                                                         CASE NO.:

BEST BUY CO., INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Best Buy Stores, L.P. (incorrectly named in Plaintiff's Complaint as "Best Buy Co., Inc."), by and through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the Second Judicial Circuit, in and for Leon County, Florida. In support of the removal of this action, Defendant states as follows:

1.    Plaintiff, Bobbi Reagan ("Plaintiff" or "Ms. Reagan"), has filed a civil action in the Circuit Court, Second Judicial Circuit, in and for Leon County, Florida, Case No. 2024-CA-000446, for claimed injuries due to an incident in which Ms. Reagan allegedly tripped and fell while on Defendant's premises on April 13, 2023 in Leon County, Florida (Complaint ¶¶ 4, 7). True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as EXHIBIT "A".

2. Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3. At the time of the incident alleged in Plaintiff's Complaint, Plaintiff was a citizen and resident of Orange County, Florida (*Id.* ¶ 2). Defendant has attached a Westlaw report conducted on Plaintiff (EXHIBIT "B"). The report states Plaintiff's current address is in Orlando, Florida, which is, according to Westlaw, the address where Plaintiff has resided since 2023. Prior to that, the Westlaw report states that Plaintiff resided in Crawfordville, Wakulla County, Florida from approximately 2012 to 2023. The address provided on Plaintiff's motor vehicle registration is a Crawfordville, Florida address.

4. Defendant contends the foregoing sufficiently shows Plaintiff's "true, fixed and permanent home and principal establishment . . . to which [she has] the intention of returning whenever [she is] absent therefrom" is her home within the State of Florida. *See McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002).

5. Defendant has also received some of Plaintiff's medical bills associated with her alleged injuries. These records show the Plaintiff provided an address located in Crawfordville, Wakulla County, Florida. Medical Bills from Tallahassee Memorial Hospital, Tallahassee Memorial Healthcare, Central EMS, and Northside Hospital are attached hereto as EXHIBIT "C".

6. Defendant contends the foregoing sufficiently shows Plaintiff's "true, fixed and permanent home and principal establishment . . . to which [she] has the intention of returning whenever [she] is absent therefrom" is her home within the State of Florida. See McCormick v. Aderholt, 293 F.3d 1254, 1257-58 (11th Cir. 2002).

7. As noted in Defendant's Answer and Affirmative Defenses, Defendant, Best Buy Stores, L.P., was incorrectly named as "Best Buy Co., Inc." Best Buy Co., Inc. is a Foreign Profit Corporation which is a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota. Thus, complete diversity exists between Plaintiff and the incorrectly named entity.

8. The correct entity for Defendant, Best Buy Stores, L.P., is a limited partnership formed under the laws of Virginia with its principal place of business located in Minnesota. Best Buy Stores, L.P., is comprised of two partners: (i) BBC Property Co., a corporation formed under the laws of Minnesota with its principal place of business located at 7601 Penn Avenue S., Richfield, Minnesota, and (ii) BBC Investment Co., a corporation formed under the laws of Nevada with its principal place of business located at 7601 Penn Avenue S., Richfield, Minnesota.

9. Pursuant to 28 U.S.C. § 1332, in a civil action, unincorporated business organizations such as limited partnerships are deemed to be citizens of all states in which all of their members or partners are citizens, and not simply the states in which

they were formed or have their principal place of business. As outlined in Paragraph 6, the limited partners who comprise Best Buy Stores, L.P., hold citizenship in Minnesota and Nevada.

10. Thus, complete diversity exists between Plaintiff and Defendant.

11. The Complaint alleges the Plaintiff's damages exceed "the sum of $50,000.00 . . ." (Complaint ¶ 1). In addition, Plaintiff's Civil Cover Sheet alleges that the estimated amount of the claim is in excess of $100,000.00. Plaintiff's claimed damages include: "bodily injury in and about her body and extremities resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition" (*Id.* ¶ 8). Plaintiff claims these losses are either permanent or continuing. (*Id.*).

12. Following the filing of the lawsuit, Plaintiff provided medical bills and records on April 11, 2024. Plaintiff's email is attached hereto as EXHIBIT "D". Defendant does not yet have all of Plaintiff's medical bills, but medical bills that were provided by Plaintiff amount to a total $257,334.62. The breakdown of the bills provided by Plaintiff are as follows:

| | |
|---|---|
| Tallahassee Memorial Hospital | $ 193,184.50 |
| Tallahassee Memorial Healthcare | $ 1,193.00 |
| Central EMS | $ 1,481.62 |
| <u>Northside Hospital</u> | <u>$ 61,475.00</u> |

4

**TOTAL**                                                            $ 257,334.62

The bills are attached hereto as EXHIBIT "C".

13. Based on the foregoing, the claimed damages and amount in controversy in this case are well above the $75,000.00 jurisdictional requirement.

14. Defendant has filed this Notice of Removal within thirty (30) days of receipt of records and medical bills indicating that Plaintiff's alleged damages well exceed the $75,000.00 jurisdictional requirement.

15. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, Second Judicial Circuit, in and for Leon County, Florida.

16. The United States District Court for the Northern District of Florida, Tallahassee Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

17. The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

18. Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

WHEREFORE, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, Second Judicial Circuit, in and for Leon County, Florida.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the U.S. Federal Courts e- Portal document filing system and furnished to the following named addressees via email on this 9th day of May 2024:

**Teddy Foster, Esquire**
Florida Bar No.: 111979
**Morgan & Morgan, P.A.**
501 Riverside Avenue, Suite 1200
Jacksonville, FL 32202
Email (Primary) tfoster@forthepeople.com
Email(Secondary) tsteele@forthepeople.com; mkimbrew@forthepeople.com
Telephone: (904) 944-8390
Facsimile: (904) 944-8490
*Attorneys for Plaintiff*

      **SAALFIELD SHAD, P.A.**

      /s/ Joseph B. Stokes, III
      _____
      **JOSEPH B. STOKES, III, ESQUIRE**
      Florida Bar Number: 897183
      Email (Primary) jstokes@saalfieldlaw.com
      Email (Secondary) llovein@saalfieldlaw.com
      sbrice@saalfieldlaw.com
      **SARAH M. KIESOW, ESQUIRE**
      Florida Bar Number: 1013505
      Email (Primary) skiesow@saalfieldlaw.com
      Email (Secondary) lhoepker@saalfieldlaw.com

245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***